1414

# MOTION DOCKET

**01–99.  State v. Walls.**
Butler App. No. CA99–10–174. *Sua sponte,* stay lifted and briefing to proceed.
  Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**01–113.  Roesch v. Warren Distrib./Fleet Engineering Research.**
Cuyahoga App. No. 77121. On August 13, 2001, appellee filed a motion for stay of these proceedings due to the existence of an Order of Rehabilitation and Stay relating to Reliance National Indemnity Company. On August 21, 2001, this court granted the motion for stay and ordered appellee to file a notice of status of the rehabilitation. On August 30, 2001, appellee filed a notice that the stay issued by the Pennsylvania Insurance Commissioner had been lifted. Upon consideration of appellee's notice,
  IT IS ORDERED by the court that the stay of proceedings entered on August 21, 2001, be, and hereby is, lifted.
  IT IS FURTHER ORDERED, *sua sponte,* that appellant's reply brief shall be due within twenty days of the date of this entry.

**01–1057.  State v. Campbell.**
Franklin C.P. 97CR042020. On motion to consolidate case with 98–980, *State v. Campbell,* Franklin C.P. No. 97CR042020. Motion granted.
  Cook, J., dissents.
  On motion to expedite briefing schedule and oral argument. Motion granted.
  Lundberg Stratton, J., would also order the filing of the entire record.
  Pfeifer and Cook, JJ., dissent.

**01–1115.  State ex rel. Martin v. Common Pleas Court of Cuyahoga Cty.**
In Mandamus. On motion for emergency order to compel cashier's office at Orient Correctional Institute to provide free legal copying and postage. Motion denied.